ELIZABETH CHUDNOWSKY, Appellant, v. RE-MO HOLDING CORPORATION et al., Respondents.

Argued January 5, 1949; decided March 3, 1949.

*Murray A. Gordon* and *Herbert J. Fabricant* for appellant.
*Louis Susman* and *Harold A. Diamond* for respondents.

Judgments reversed and a new trial granted, with costs to abide the event, upon the ground that the evidence presents an issue of fact as to whether the agreement, by which the plaintiff purchased the apartment building in suit, was induced by fraudulent representations of the defendant. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ.